City of Chicago, appellee, v. George Einstein, appellant. Gen. No. 28,689.

Suit against City of Chicago. Judgment for city. Appeal from the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the first division of this court for the first district. Affirmed for failure of appellant to file record. See City v. Salmitsky, 210 Ill. App. 159. Opinion filed June 25, 1923.

No appearance for appellant. No appearance for appellee.

Per Curiam.

---

The People of the State of Illinois, defendant in error, v. Joseph MaGrady, otherwise called Joseph McGrady, plaintiff in error. Gen. No. 28,266.

Indictment for taking indecent liberties with child. Verdict of guilty. Sentence of one year's imprisonment and fine of $200. Error to the Criminal Court of Cook county; the Hon. Harry Miller, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed June 26, 1923.

Edward A. Prindiville, for plaintiff in error; John E. Foster and John F. Tyrrell, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Herbert H. Powers, appellant, v. Bert Nordman, appellee. Gen. No. 28,325.

Action for damages for false imprisonment. Directed verdict and judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed June 26, 1923.

Millard R. Powers and Francis W. Walker, for appellant. No appearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Mary C. Tilden, defendant in error, v. B. E. Tilden, plaintiff in error. Gen. No. 28,343.

Bill for separate maintenance and custody of child. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. G. Fred Rush, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed and remanded with directions. Opinion filed June 26, 1923.

Winters, Price & Stevens, for plaintiff in error. Victor B. Scott, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.